UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

SUSAN M. SMALLEY
CHIEF U.S. PROBATION OFFICER

November 9, 2021

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ  07102
(973) 645-4240
FAX: (973) 645-2155

www.njp.uscourts.gov

Kevin McNulty, United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

RE: CAMPOS, DAVID
DKT NO: 18-CR-000533-001
**Request to Suspend Special Condition of Computer Monitoring**

Dear Judge McNulty:

On January 22, 2019, the above-named individual under supervision was sentenced by Your Honor to 12 months and one day of custody and two years of supervised release for the offense of Computer Fraud. The individual under supervision was released from custody on January 3, 2020 and has been supervised by our office since that date.

Campos has made a positive adjustment to supervision. He has paid his financial obligations and has been compliant with the monitoring of his smartphone and computer when requested. Therefore, we are respectfully requesting that the condition of computer monitoring be suspended at this time. Should circumstances change, our office will notify Your Honor and request the special condition be reinstated. Please indicate your preference as to the suspension of this special condition for our records.

We remain available should Your Honor wish to discuss this matter further, and I can be reached at (973) 820-1053.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Maribel Perez
U.S. Probation Officer

__X__   The Court will suspend the special condition of computer monitoring (*recommended*).

_____   The Court will not suspend the special condition of computer monitoring.

So ordered on this 9th day of November, 2021. /s/ Kevin McNulty